# Court of Appeals
# of the State of Georgia

ATLANTA,  July 29, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1028. AALIYAH EARLE v. ADEDOTUN KEMBI.

Aaliyah Earle filed an application for discretionary appeal, seeking review of the superior court's order modifying child custody and support. On December 2, 2024, we granted the application. In our order, we informed Earle that she would have ten days in which to file a notice of appeal. See OCGA § 5-6-35 (g) ("Within ten days after an order is issued granting the appeal, the applicant, to secure a review of the issues, shall file a notice of appeal as provided by law."). Earle filed her notice of appeal 14 days later on December 16, 2024.

"The proper and timely filing of the notice of appeal is an absolute requirement to confer appellate jurisdiction upon this court." *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Because Earle filed her notice of appeal 14 days after this Court's order granting her application, the appeal is untimely. We thus lack jurisdiction over the appeal, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  07/29/2025*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*